FILED
U.S. DISTRICT COURT
[...] GEORGIA

02 DEC 27 PM 3:58

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CHARLES J LOWE,

    Plaintiff,

v.

CASE No.  4:02-CV-162 (CDL)

VALLEY SERVICES, INC.,

    Defendant.

_____/

## PROPOSED SCHEDULING ORDER

Pursuant to the Court's Rules 16 and 26 Order filed on November 21, 2002, the Parties have conferred and propose the following scheduling order.

1. <u>Deadline for close of discovery</u>:  May 20, 2003.

2. <u>Deadline for filing dispositive motions</u>:  July 3, 2003.

3. <u>Deadline for making Fed.R Civ P. 26(a)(1) disclosures</u>   January 10, 2003.

4. <u>Expert reports due</u>:   Plaintiff – February 20, 2003

    Defendant – March 20, 2003

5. <u>Joinder of other parties and amendment of pleadings</u>:  March 20, 2003

6. <u>Names and addresses of parties to be deposed, including the proposed time, date and place for each deposition</u>:

    a  Plaintiff:

        i  Richard Newsky

        ii  Midge Sirmans

        iii.  Benny Anderson



        iv.  Denton Peabody

        v.  Charlie Hartsfield

        vi.  Sandra Wilkins

        vii.  Mike Craft

        viii.  Greg Shoemaker

The Plaintiff believes that the above individuals may have knowledge regarding the case and therefore may be deposed by the Plaintiff. Each of the above individuals is believed to be a current employee of the Defendant and thus their address is that of the Defendant. Newsky, Sirmans and Hartsfield all are located in the Defendant's Dallas, Georgia, office. Anderson, Peabody, Wilkins, Craft and Shoemaker are located in the Defendant's corporate headquarters in Jackson, Mississippi. Plaintiff may not depose all of these persons based on information revealed during discovery and may identify additional persons for deposition as discovery progresses. Plaintiff intends to take depositions during the week of March 17, in Columbus, either at the offices of the court reporting agency or the Defendant's local counsel.

    b.  Defendant:

The Defendant intends to commence written discovery shortly and the parties have made plans to conduct depositions during the week of March 17. The Defendant intends to take the deposition of the Plaintiff, Charles Lowe, during the week of March 17, either in Columbus, Georgia, at the office of its local counsel, or in Dallas, Georgia, at the Defendant's Georgia office. At this time, the Defendant does not contemplate taking any other depositions, though that may change as additional evidence is developed during the process of discovery. With respect to individuals identified by the Plaintiff to

be deposed, the Defendant will take the position that certain individuals are not entitled to be deposed by the Plaintiff, and that all of the individuals located in the Defendant's corporate headquarters in Mississippi are subject to being deposed only in the state where they are located.

7. <u>Estimated cost of all discovery, including attorney's fees</u>:

    a. Plaintiff: $20,000 - 25,000. This figure anticipates taking depositions of all of the above referenced individuals and written discovery. It does not account for resolution of discovery disputes by motion, if necessary

    b. Defendant: $20,000 - $25,000  This estimate contemplates an initial set of written discovery, the deposition of the Plaintiff, defense of depositions taken by the Plaintiff, and a supplemental round of written discovery following depositions and/or supplementation of discovery responses and initial core disclosures  Additional discovery costs may be incurred if discovery disputes arise or if other witnesses are identified as relevant to this matter after entry of this proposed scheduling order

8. <u>Lead Counsel</u>:

    a. Plaintiff:   John C. Davis
                            Ga. Bar No. 210820
                            Spriggs & Davis, P.A.
                            324 W. College Avenue
                            Tallahassee, FL 32301
                            (850) 224-8700

                        (850) 224-8836 (fax)
                        jdavis@spriggsdavislaw.com

b.    Defendant:    Richard A. Hammond
                        Miss. Bar No. 10414/La. Bar No. 25407
                        (admitted pro hac vice in Georgia for this matter)
                        The Kullman Firm
                        210 E. Capitol Street, Suite 2160
                        Jackson, MS 39201
                        (601) 355-1994
                        (601) 355-1998 (fax)
                        rah@kullmanlaw.com

c    Date Complaint and Answer filed:
        Complaint: October 28, 2002
        Answer: November 20, 2002

_/s/ John Davis / by permission RAH_        _/s/ Richard A. Hammond_
**JOHN C. DAVIS**                                         **RICHARD A. HAMMOND**
Georgia Bar No 210820               MS Bar # 10414/LA Bar # 25407
Spriggs & Davis, P.A.                  The Kullman Firm
324 West College Avenue           210 E Capitol Street, Suite 2160
Tallahassee, Florida, 32301-1499   Jackson, Mississippi 39201
(850) 224-8700                            (601) 355-1994
Fax (850) 224-8836                    (601) 355-1998 (fax)
Attorneys for Plaintiff

                                                **JONATHAN S. HARBUCK**
                                                AL Bar No. ASB 0906-U70J
                                                The Kullman Firm
                                                600 University Park Place, Suite 340
                                                Birmingham, Alabama 35209
                                                (205) 871-5858
                                                (205) 871-5874 (fax)

                                                **MELISSA R. MCALLISTER**
                                                GA Bar No 601598
                                                Miller & Lee, P.C.
                                                233 12th Street, Suite 910
                                                Post Office Box 1520
                                                Columbus, GA 31902
                                                 (706) 322-4220
                                                 (706) 322-9487 (fax)

                                                Attorneys for Defendant

SO ORDERED, this 27th day of December, 2002.

_____
CLAY D. LAND, Judge
United States District Court

5